UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAFFAR A. MUHAMMAD, | : | |
| Petitioner, | : | Civ. No. 16-3800 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Petitioner is a federal prisoner proceeding *pro se* with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On February 2, 2017, this Court issued the requisite notice on petitioner pursuant to *United States v. Miller*, 197 F.3d 644 (3d Cir. 1999). On February 14, 2017, the *Miller* notice was returned to this Court as undeliverable on petitioner. A review of the Federal Bureau of Prisons ("BOP") inmate locator indicates that petitioner is now incarcerated at F.C.I. Schuykill, not his address of record in this case at F.C.C. Allenwood. *See* https://www.bop.gov/inmateloc/ (last visited on February 17, 2017). Therefore, the Clerk will be ordered to replace petitioner's address of record in this case and reserve this Court's *Miller* notice on him at that address.

Accordingly, IT IS this  17th  day of February, 2017,

ORDERED that the Clerk shall replace petitioner's address of record with the following: Jaffar A. Muhammad, 63473-050, F.C.I. Schuykill, Federal Correctional Institution, P.O. Box 759, Minersville, PA 17954; and it is further

ORDERED that the Clerk shall this Order and reserve this Court's *Miller* notice order (Dkt. No. 3) on petitioner by regular U.S. mail.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
